IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY P. BUSS, NOT
INDIVIDUALLY, BUT IN HIS
CAPACITY AS COURT-APPOINTED
RECEIVER IN CASE NO. CV-2010-1751
PENDING IN THE CIRCUIT COURT
OF PULASKI COUNTY, ARKANSAS                                               PLAINTIFF

V.                                NO.   4:10CV01550

GORDMANS, INC.                                                            DEFENDANT

## ORDER

Pursuant to the joint motion to dismiss with prejudice and stipulation of dismissal, docket # 12, this case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of May, 2011.

James M. Moody
United States District Judge